95-Cv-625(SHS)

March 31, 2016

RECEIVED
APR - 1 2016
CHAMBERS OF
JUDGE SIDNEY H. STEIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/16

Dear Judge Stein,

My name is Matt Viser, a reporter at the Boston Globe. I would like to request that a number of documents be unsealed from a case you oversaw in the mid-1990s. The docket for the case, American Dream Enterprise, Inc. v Donald J. Trump, is 1:95-cv-00625-SHS-SEG. In several instances — on 8/16/1996, 9/5/1996, 9/16/1996, 9/26/1996, 12/17/1996, 5/9/1997, 5/27/1997 — documents were sealed, which may now be in the public interest.

   Please let me know if there is anything else I can do for this request to be quickly considered. Please also excuse the hastily written letter by hand, done to get this letter to you as soon as possible.

Many Thanks,

Matt Viser
617 821 5684 (cell)
matt.viser@globe.com