**UNITED STATES DISTRICT COURT**

SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312



CHAMBERS OF
SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

April 1, 2016

Mr. Matt Viser
The Boston Globe
1130 Connecticut Avenue, N.W.
Suite 725
Washington, DC 20036

      Re:    American Dream Enterprises, Inc. v. Donald J. Trump, et al., 95-Cv-625 (SHS)

Dear Mr. Viser:

      I am in receipt of your letter dated March 31, 2016, in which you ask the Court to unseal certain sealed documents in the above action. I believe the appropriate and necessary procedure is for you to move to intervene and to unseal the documents, giving appropriate notice to the parties. I assume the attorneys for your employer would be able to assist you in that regard.

      I am sending a copy of your letter and this letter to the attorneys listed on the Court's docket for this case and filing the original of your letter and a copy of this letter in the public court file.

      Very truly yours,

      Sidney H. Stein, U.S. District Judge

cc:    Gerald M. Hertz, Esq.
      Moldover Hertz Cooper & Gidaly
      750 Third Avenue
      New York, NY 10017

      Jay K. Goldberg
      Goldberg & Allen LLP
      49 West 37th Street
      New York, NY 10018

      John J. Barry
      Barry & McMoran, P.C.
      One Newark Center
      Newark, NJ 07102