April 7, 2016

Dear Judge Stein,

I am the Boston Globe reporter who wrote last week. I just finished reviewing all of the case files, which I requested from the archives, for America Dream Inc. v. Trump et al (01:95-cv-00625). In the interest of expediency, I wanted to provide what seems to be the files you put under seal — and the files I would like to request be unsealed. The docket numbers for those files are:

#18 Memorandum of law
#19 Affidavit of George Houraney
#35 Affidavit of George Houraney
#46 Reply Memorandum

There are seven instances where the case file notes that sealed documents were placed in the vault: Docket numbers 25, 34, 41, 48, 53, 67, and 68.

Again, if there is anything else I can do or provide, please let me know.

The case was settled nearly two decades ago, and the defendant is now a top presidential candidate. It is in the public's interest to learn as much as possible about him.

Thanks again,
Matt Viser
617 821 5687
matt.viser@globe.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/11/16
Docket of file
95-cv-625(SHS)